UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| VITALYTE SPORTS NUTRITION INC., a Nevada corporation, Plaintiff, v. REVITALYTE LLC, a Minnesota limited liability company; and DOES 1-10, inclusive, Defendants. AND RELATED COUNTERCLAIMS. | Case No. 3:21-cv-00880-JLS-BGS **ORDER GRANTING JOINT MOTION TO EXTEND FACT DISCOVERY DEADLINE** [ECF 20] |
|---|---|

The parties Joint Motion to Extend Fact Discovery Deadline is **GRANTED.** Deadline to complete fact discovery is extended to December 17, 2021.[1]

**IT IS SO ORDERED.**

Dated: November 19, 2021

Hon. Bernard G. Skomal
United States Magistrate Judge

---

[1] The Joint Motion does not comply with Chambers' Rules, Section III.C.1. No declaration was filed in support of the Joint Motion. Any future request to amend the Scheduling Order must strictly comply with the Chambers' Rules.

-1-