UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VITALYTE SPORTS NUTRITION INC., a Nevada corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>REVITALYTE LLC, a Minnesota limited liability company; and DOES 1-10, inclusive,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 3:21-cv-00880-JO-BGS<br><br>**ORDER GRANTING IN PART JOINT MOTION REGARDING TIMING OF EXPERT DISCOVERY**<br><br>[ECF 25] |

On March 29, 2022, the parties filed a Joint Motion seeking an extension of the current April 18, 2022 expert discovery deadline to May 3, 2022. (ECF 25.) The Joint Motion indicates the parties have exchanged expert reports and met and conferred regarding the timing of expert depositions, but need an additional two weeks to have sufficient time to complete expert depositions. (*Id.*) The parties do not seek any extension of any other deadlines in the Scheduling Order.

The Joint Motion is **GRANTED in part**. The expert discovery deadline is continued from April 18, 2022 to May 3, 2022, but only for purposes of expert

1 | depositions.  Any other expert discovery must be completed by the April 18, 2022
2 | deadline.
3 |       No other deadlines set in the Scheduling Order (ECF 17) are modified.
4 | **IT IS SO ORDERED.**
5 |
6 | Dated:  April 1, 2022
7 |
8 |                                   Hon. Bernard G. Skomal
                                  United States Magistrate Judge