UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VITALYTE SPORTS NUTRITION INC., a Nevada corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>REVITALYTE LLC, a Minnesota limited liability company; and DOES 1-10, inclusive,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 3:21-cv-00880-JO-BGS<br>Hon. Bernard G. Skomal<br><br>**ORDER GRANTING MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE**<br><br>[ECF 29] |

The parties have filed a second Joint Motion seeking to extend the deadline to file pretrial motions from May 25, 2022 to June 22, 2022. (ECF 29.) The Joint Motion indicates the parties need additional time to continue pursing settlement. (Id.) The Joint Motion is **GRANTED**. The May 25 2022 pretrial motions deadline is extended to June 22, 2022. No other deadlines are modified. If the parties reach a settlement, they must file a joint notice of settlement.

Dated: May 18, 2022

Hon. Bernard G. Skomal
United States Magistrate Judge