1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                       SOUTHERN DISTRICT OF CALIFORNIA
10
11   Vitalyte Sports Nutrition Inc.,                Case No.:  21cv880-JO-BGS
12                                  Plaintiff,
                                                    **ORDER GRANTING PLAINTIFF'S**
13   v.                                             **MOTION TO PRECLUDE;**
                                                    **DENYING DEFENDANT'S MOTION**
14   Revitalyte LLC et al,                          **FOR SUMMARY JUDGMENT; AND**
                                                    **GRANTING MOTIONS TO SEAL**
15                                  Defendants.
16
17
18
19
20

21          Plaintiff Vitalyte Sports Nutrition Inc. ("Plaintiff") filed a trademark infringement

22   action against Defendants Revitalyte LLC and Does 1-100 (collectively, "Defendant").  In

23   response, Defendants filed three counterclaims and asserted affirmative defenses of laches

24   and acquiescence.  Plaintiff filed a *Daubert* motion to preclude expert opinion and

25   testimony from Defendant's damages expert, Andrew J. Lagoo [Dkt. 33].  Defendant filed

26   a motion for summary judgment on its laches and acquiescence defenses, and on Counts 1

27   and 3 of its counterclaims [Dkt. 37].

28

1   The Court held oral argument on the motions on January 18, 2023.  For the reasons

2   stated on the record during the oral argument, the Court GRANTS Plaintiff's *Daubert*

3   motion to preclude [Dkt. 33] as to testimony on loss of goodwill and DENIES as moot the

4   remainder of the motion.  The Court also DENIES Defendant's motion for summary

5   judgment [Dkt. 37].

6   Defendant also filed an unopposed motion to file under seal portions of Defendant's

7   motion for summary judgment and accompanying documents [Dkt. 35].  Defendant seeks

8   to seal documents discussing Defendant's confidential business strategy, copies of

9   Defendant's confidential licensing and distributor agreements, copies of Defendant's small

10  business loan agreements containing confidential financial information about Defendant

11  and its co-founders, and documents discussing Plaintiff's and Defendant's confidential

12  financial and business information.  *Id.*  The parties also jointly moved the Court to seal

13  portions of Plaintiff's *Daubert* motion and accompanying deposition testimony and expert

14  report that discussed Defendant's confidential, non-public financial information [Dkt. 31].

15  In considering a sealing request, the court begins with "a strong presumption of

16  access [as] the starting point." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172,

17  1178 (9th Cir. 2006).  A party seeking to seal a judicial record in a dispositive motion bears

18  the burden of overcoming this strong presumption by meeting the "compelling reasons"

19  standard. *Id.*  A party seeking to seal materials related to non-dispositive motions must

20  show good cause by making a "particularized showing" that "specific prejudice or harm

21  will result" should the information be disclosed. *Id.* at 1179–80.

22  In this case, the Court finds that the parties have demonstrated compelling reasons

23  to seal these documents.  The parties seek to seal confidential financial information about

24  the parties on the basis that disclosure of this information subjects the parties to undue risk

25  of serious harm and competitive disadvantage.  The requests are narrowly tailored to

26  specific redactions of confidential non-public financial information in motions and

27  exhibits.  Accordingly, the Court GRANTS the motion to seal [Dkt. 35] portions of the

28  motion for summary judgment and supporting documents.  For the same reasons, the Court

1  also GRANTS the parties' stipulated motion to seal [Dkt. 31] portions of the *Daubert*

2  motion and supporting documents.

3      **IT IS SO ORDERED**.

4  Dated:  February 13, 2023

5

6  _____

   Honorable Jinsook Ohta

7  United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

21cv880-JO-BGS